Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence
of the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington

September 9, 2020

WILLIAM M. McCOOL, Clerk

By _____ Deputy

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

SAMI C. HORNER,

Defendant.

NO.  CR20-144 RAJ

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1
### (Unlawful Possession of a Destructive Device)

On or about August 26, 2020, in Seattle, within the Western District of
Washington, SAMI C. HORNER did knowingly possess a destructive device, that is, a
device commonly known as a Molotov cocktail, that was not registered to him in the

//

//

Indictment/Horner - 1

1  National Firearms Registration and Transfer Record.

2      All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(8).

3

4

5                                        A TRUE BILL:

6                                        DATED: September 9, 2020

7
                                         (Signature of Foreperson redacted pursuant to
8                                        the policy of the Judicial Conference of the
                                         United States)
9

10

11                                       FOREPERSON

12

13  _____
    BRIAN T. MORAN
14  United States Attorney

15

16  _____
    TODD GREENBERG
17  Assistant United States Attorney

18

19  _____
    THOMAS M. WOODS
20  Assistant United States Attorney

21

22

23

24

25

26

27

28

Indictment/Horner - 2