WA/WD PTS-Summons
(01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

## Petition for Summons for Defendant Under Pretrial Services Supervision

**Date of Report:** 04/16/2021
**Name of Defendant:** Sami Horner                **Case Number:** CR20-144RAJ-1
**Name of Judicial Officer:** The Honorable Mary Alice Theiler, United States Magistrate Judge
**Original Offense:** Unlawful Possession of a Destructive Device
**Date Supervision Commenced:** 08/28/2020

Bond Conditions Imposed:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

- Travel is restricted to the Western District of Washington, or as directed by Pretrial Services.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- Maintain employment, or, if unemployed, actively

- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.

---

### PETITIONING THE COURT

☒   To issue a summons

I allege the defendant has violated the following conditions of supervision:

**Nature of Noncompliance:**
1. The defendant violated a standard condition requiring they must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer, by using marijuana on or about February 9, 2021.

**United States Probation Officer Recommendation:**
☒   Issue a summons

| | |
|---|---|
| The Honorable Mary Alice Theiler, United States Magistrate Judge | Page 2 |
| Petition for Summons for Defendant Under Pretrial Services Supervision | 4/16/2021 |

I consulted with Assistant United States Attorney Thomas Woods, and defense counsel, Jesse Cantor and both concur with the recommendation to request a summons to address this issue.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 16th day of April, 2021. | BY: |
| _____<br>Mark Okano<br>United States Probation Officer | _____<br>Jaymie Parkhurst<br>Supervising United States Probation Officer |

### THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Mary Alice Theiler, United States Magistrate Judge

_____
April 19, 2021
Date