| | |
|---|---|
| 1 | The Honorable Richard A. Jones |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMI HORNER,<br><br>Defendant. | NO. CR20-144RAJ<br><br>**STIPULATED MOTION TO DISMISS** |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, and Sami Horner, by and through Jesse Cantor, hereby stipulate to dismissal of this action without prejudice. The parties have conferred extensively about this matter, and the government, taking into account the arguments, information, and mitigating circumstances advanced by the defense, believe that dismissal without prejudice is appropriate, in lieu of a trial in this matter.

| | |
|---|---|
| 1   DATED: June 14, 2021 | |

DATED: June 14, 2021

                    Respectfully submitted,

                    TESSA M. GORMAN
                    Acting United States Attorney

                    *s/ Thomas Woods*
                    THOMAS WOODS
                    Assistant United States Attorney
                    United States Attorney's Office
                    700 Stewart Street, Suite 5220
                    Seattle, Washington 98101-1271
                    Telephone: (206) 553-7970

                    *s/ Jesse Cantor*
                    JESSE CANTOR
                    (per email authorization)