The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>SAMI HORNER,<br><br>               Defendant. | NO. CR20-144RAJ<br><br>ORDER DISMISSING CASE |

The Court, having considered the parties' Stipulated Motion to Dismiss, and the files and pleadings herein, hereby GRANTS the Motion (Dkt. # 29) and ORDERS that this case is DISMISSED without prejudice. It is further ORDERED that Mr. Horner's appearance bond is discharged.

DATED this 15th day of June, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge